# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Adversary Proceeding #: 2:18−ap−01239−BB

*Assigned to:* Sheri Bluebond  
*Lead BK Case:* 16−19896  
*Lead BK Title:* Lite Solar Corp.  
*Lead BK Chapter:* 7  
Show Associated Cases

*Date Filed:* 07/26/18

*Demand:*  
   *Nature[s] of Suit:* 14 Recovery of money/property − other  
                               02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)  
                               02  
                               02  
                               02

*Plaintiff*  
−−−−−−−−−−−−−−−−−−−−−−−−

**Lite Solar Corp.**  
3553 Atlantic Avenue  
#1183  
Long Beach, CA 90807  
Tax ID / EIN: 26−4676399

represented by **Leslie A Cohen**  
Leslie Cohen Law PC  
506 Santa Monica Bl Ste 200  
Santa Monica, CA 90401  
310−394−5900  
Fax : 310−394−9280  
Email: leslie@lesliecohenlaw.com

**Joshua D Stadtler**  
Dunn Carney LLP  
851 SW 6th Ave Ste 1500  
Portland, OR 97204  
503−417−5507  
Fax : 503−224−7324  
Email: jstadtler@dunncarney.com

V.

*Defendant*  
−−−−−−−−−−−−−−−−−−−−−−−

**Heather Schiffke**  
3547 Southeast 11th Avenue  
Portland, OR 97202

represented by **Joseph A Field**  
Field Jerger, LLP  
621 S W Morrison Ste 510  
Portland, OR 97205  
503−228−2665  
Fax : 503−225−0276  
Email: joe@fieldjerger.com  
*LEAD ATTORNEY*

**Irving M Gross**  
Levene, Neale, Bender et al.

10250 Constellation Blvd, Ste.1700
Los Angeles, CA 90067
310−229−1234
Fax : 310−229−1244
Email: img@lnbyb.com

**David L. Neale**
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
310−229−1234
Fax : 310−229−1244
Email: dln@lnbyb.com

*Defendant*
-----------------------
**Brian Arbizzani**
3417 Southeast Guiford Drive
Milwaukie,, OR 97222

represented by **Joseph A Field**
(See above for address)
*LEAD ATTORNEY*

**Irving M Gross**
(See above for address)

**David L. Neale**
(See above for address)

*Defendant*
-----------------------
**Adam Ward**
42020 Southeast View Acres Road
Milwaukie, OR 97267

represented by **Joseph A Field**
(See above for address)
*LEAD ATTORNEY*

**Irving M Gross**
(See above for address)

**David L. Neale**
(See above for address)

*Defendant*
-----------------------
**Steve Sefchick**
4431 Southeast Francis Street
Portland, OR 97206

represented by **Joseph A Field**
(See above for address)
*LEAD ATTORNEY*

**Irving M Gross**
(See above for address)

**David L. Neale**
(See above for address)

*Trustee*
-----------------------
**Brad D Krasnoff (TR)**
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067−6006
(310) 277−0077

represented by **Eric P Israel**
Danning Gill Israel & Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067−6006
310−277−0077
Fax : 310−277−5735

Email: eisrael@DanningGill.com

**Joshua D Stadtler**
(See above for address)

**Aaron E de Leest**
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067−6006
310−277−0077
Fax : 310−277−5735
Email: adeleest@DanningGill.com

*U.S. Trustee*
−−−−−−−−−−−−−−−−−−−−−−−
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894−6811

| Filing Date | # | Docket Text |
|---|---|---|
| 07/26/2018 | 1 | Adversary case 2:18−ap−01239. Complaint by Lite Solar Corp. against Heather Schiffke, Brian Arbizzani, Adam Ward, Steve Sefchick. (Charge To Estate). Nature of Suit: (14 (Recovery of money/property − other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Cohen, Leslie) (Entered: 07/26/2018) |
| 07/27/2018 | 2 | Summons Issued on Brian Arbizzani Date Issued 7/27/2018, Answer Due 8/27/2018; Heather Schiffke Date Issued 7/27/2018, Answer Due 8/27/2018; Steve Sefchick Date Issued 7/27/2018, Answer Due 8/27/2018; Adam Ward Date Issued 7/27/2018, Answer Due 8/27/2018 (RE: related document(s)1 Complaint filed by Plaintiff Lite Solar Corp.) Status hearing to be held on 10/2/2018 at 02:00 PM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jones, Phyllis R.) (Entered: 07/27/2018) |
| 08/01/2018 | 3 | Summons Service Executed on Brian Arbizzani 8/1/2018; Heather Schiffke 8/1/2018; Steve Sefchick 8/1/2018; Adam Ward 8/1/2018 (Cohen, Leslie) (Entered: 08/01/2018) |
| 08/30/2018 | 4 | Application of non−resident attorney to appear in a specific case per Local Bankruptcy rule for: JOSEPH A. FIELD; Filed by Defendants Brian Arbizzani , Heather Schiffke , Steve Sefchick , Adam Ward; With proof of service; (Jackson, Wendy Ann) (Entered: 08/31/2018) |
| 08/31/2018 | 5 | Notice of lodgment *of Order on Application (with proof of service)* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (RE: related document(s)4 Application of non−resident attorney to appear in a specific case per Local Bankruptcy rule for: JOSEPH A. FIELD; Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward; With proof of service; (Jackson, Wendy Ann) filed by Defendant Heather Schiffke, Defendant Brian Arbizzani, Defendant |

| | | | |
|---|---|---|---|
| | | | Adam Ward, Defendant Steve Sefchick). (Gross, Irving) (Entered: 08/31/2018) |
| 09/05/2018 | | 6 | Supplemental *Submission of More Legible Copy of United States District Court Receipt for Payment of Fee for Application of Non−Resident Attorney to Appear In a Specific Case [LBR 2090−1(b)] [Dkt. 4] (with proof of service)* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward. (Gross, Irving). Related document(s) 4 Application of non−resident attorney to appear in a specific case per Local Bankruptcy rule filed by Defendant Heather Schiffke, Defendant Brian Arbizzani, Defendant Adam Ward, Defendant Steve Sefchick. Modified on 9/5/2018 to relate the document to the application; (Jackson, Wendy Ann). (Entered: 09/05/2018) |
| 09/05/2018 | | 7 | Order Granting ORDER on application of non−resident attorney to appear in a specific case per Local Bankruptcy rule for: JOSEPH A. FIELD; (BNC−PDF) (Related Doc # 4 ) Signed on 9/5/2018 (Jackson, Wendy Ann) (Entered: 09/05/2018) |
| 09/07/2018 | | 8 | Answer to Complaint */ Defendants Heather Schiffke, Brian Arbizzani, Adam Ward And Steve Sefchicks Answer And Affirmative Defenses To Complaint And Demand For Jury Trial* Filed by Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward. (Gross, Irving) (Entered: 09/07/2018) |
| 09/07/2018 | | 9 | BNC Certificate of Notice − PDF Document. (RE: related document(s)7 ORDER on application of non−resident attorney to appear in a specific case per Local Bankruptcy rule (BNC−PDF)) No. of Notices: 6. Notice Date 09/07/2018. (Admin.) (Entered: 09/07/2018) |
| 09/17/2018 | | 10 | Stipulation By Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward and *Heather Schiffke, Brian Arbizzani, Adam Ward and Steve Sefchick to Continue Status Conference (with proof of service)* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (Gross, Irving) (Entered: 09/17/2018) |
| 09/17/2018 | | 11 | Notice of lodgment *of Order Approving Stipulation (with proof of service)* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (RE: related document(s)10 Stipulation By Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward and *Heather Schiffke, Brian Arbizzani, Adam Ward and Steve Sefchick to Continue Status Conference (with proof of service)* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward filed by Defendant Heather Schiffke, Defendant Brian Arbizzani, Defendant Adam Ward, Defendant Steve Sefchick). (Gross, Irving) (Entered: 09/17/2018) |
| 09/18/2018 | | 12 | Order Approving Stipulation to continue/reschedule status conference; ORDERED that the Status Conference is continued to OCTOBER 23, 2018 @ 2PM; (BNC−PDF) (Related Doc # 10 ) Signed on 9/18/2018 (Jackson, Wendy Ann) (Entered: 09/18/2018) |
| 09/18/2018 | | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Lite Solar Corp.) Status Hearing to be held on 10/23/2018 at 02:00 PM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 1 , (Jackson, Wendy Ann) (Entered: 09/18/2018) |
| 09/20/2018 | | 13 | BNC Certificate of Notice − PDF Document. (RE: related document(s)12 ORDER to continue/reschedule hearing (BNC−PDF)) No. of Notices: 5. Notice Date 09/20/2018. (Admin.) (Entered: 09/20/2018) |

| | | | |
|---|---|---|---|
| 10/25/2018 | | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Lite Solar Corp.) Status Hearing to be held on 11/27/2018 at 02:00 PM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 1 , (Jackson, Wendy Ann) (Entered: 10/25/2018) |
| 11/26/2018 | | 14 | Stipulation By Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward and *Brad D. Krasnoff, Trustee, to Continue Status Conference* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (Gross, Irving) (Entered: 11/26/2018) |
| 11/26/2018 | | 15 | Notice of lodgment *of Order Approving Stipulation (with proof of service)* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (RE: related document(s)14 Stipulation By Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward and *Brad D. Krasnoff, Trustee, to Continue Status Conference* Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward filed by Defendant Heather Schiffke, Defendant Brian Arbizzani, Defendant Adam Ward, Defendant Steve Sefchick). (Gross, Irving) (Entered: 11/26/2018) |
| 11/27/2018 | | 16 | Order Approving Stipulation to continue status conference; ORDERED that the status conference is continued to JANUARY 29, 2019 @ 2PM; (BNC−PDF) (Related Doc # 14 ) Signed on 11/27/2018 (Jackson, Wendy Ann) (Entered: 11/27/2018) |
| 11/27/2018 | | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Lite Solar Corp.) Status Hearing to be held on 01/29/2019 at 02:00 PM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 1 , (Jackson, Wendy Ann) (Entered: 11/27/2018) |
| 11/29/2018 | | 17 | BNC Certificate of Notice − PDF Document. (RE: related document(s)16 ORDER to continue/reschedule hearing (BNC−PDF)) No. of Notices: 5. Notice Date 11/29/2018. (Admin.) (Entered: 11/29/2018) |
| 11/30/2018 | | 18 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Israel, Eric. (Israel, Eric) (Entered: 11/30/2018) |
| 11/30/2018 | | 19 | Request for courtesy Notice of Electronic Filing (NEF) Filed by de Leest, Aaron. (de Leest, Aaron) (Entered: 11/30/2018) |
| 11/30/2018 | | 20 | Hearing Held (Bk Other) (RE: related document(s) 1 Complaint) − RULING − S/C CONT'D. TO 1/29/19 @ 2PM; STATUS REPORT BY 1/15/19; (Jackson, Wendy Ann) (Entered: 11/30/2018) |
| 11/30/2018 | | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Lite Solar Corp.) Status Hearing to be held on 01/29/2019 at 02:00 PM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 1 , (Jackson, Wendy Ann) (Entered: 11/30/2018) |
| 01/15/2019 | | 21 | Status report −*Joint Status Report; proof of service* Filed by Trustee Brad D. Krasnoff, Chapter 7 Trustee (RE: related document(s)1 Complaint). (de Leest, Aaron) (Entered: 01/15/2019) |
| 02/01/2019 | | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Lite Solar Corp.) Status Hearing to be held on 04/30/2019 at 02:00 PM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 1 , (Jackson, Wendy Ann) (Entered: 02/01/2019) |
| 04/16/2019 | | 22 | |

| | | | |
|---|---|---|---|
| | | | Status report − *Joint Status Report; proof of service* Filed by Trustee Brad D Krasnoff (TR) (RE: related document(s)1 Complaint). (de Leest, Aaron) (Entered: 04/16/2019) |
| 05/03/2019 | | 23 | Hearing Continued (RE: related document(s)1 Complaint filed by Plaintiff Lite Solar Corp.) RULING: JOINT STATUS REPORT BY 7/30/19; Status hearing to be held on 8/13/2019 at 02:00 PM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Pennington−Jones, Patricia) (Entered: 05/03/2019) |
| 07/30/2019 | | 24 | Status report − *Unilateral Status Report; proof of service* Filed by Trustee Brad D Krasnoff (TR) (RE: related document(s)1 Complaint). (de Leest, Aaron) (Entered: 07/30/2019) |
| 07/30/2019 | | 25 | Declaration re: − *Declaration of Eric P. Israel re Unilateral Status Report; proof of service* Filed by Trustee Brad D Krasnoff (TR) (RE: related document(s)24 Status report). (Israel, Eric) (Entered: 07/30/2019) |
| 07/30/2019 | | 26 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. THE FILER IS INSTRUCTED TO RE−FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. THE MANDATORY FORM USED IS A JOINT STATUS REPORT (2 PARTY SIGNATURES) AND FORMS WHETHER MANDATORY OR OPTIONAL MUST NOT BE ALTERED − SEE LBR 9009−1(b)(4)(A) & (B) (ALTERING FORMS);** (RE: related document(s)24 Status report filed by Trustee Brad D Krasnoff (TR)) (Jackson, Wendy Ann) (Entered: 07/30/2019) |
| 07/31/2019 | | 27 | Status report − *Unilateral Status Report; proof of service* Filed by Trustee Brad D Krasnoff (TR) (RE: related document(s)1 Complaint). (Israel, Eric) (Entered: 07/31/2019) |
| 08/02/2019 | | 28 | Status report − *Joint Status Report; proof of service* Filed by Trustee Brad D Krasnoff (TR) (RE: related document(s)1 Complaint). (Israel, Eric) (Entered: 08/02/2019) |
| 08/15/2019 | | 29 | Hearing Held (Bk Other) (RE: related document(s) 1 Complaint); RULING− S/C CONT'D. TO 10/15/19 @ 2PM; STATUS REPORT BY 10/1/19; (Jackson, Wendy Ann) (Entered: 08/15/2019) |
| 09/17/2019 | | 30 | Notice of Change of Address − *Notice of Attorney Change of Address or Law Firm*. (de Leest, Aaron) (Entered: 09/17/2019) |
| 09/19/2019 | | 31 | Notice of Change of Address . (Israel, Eric) (Entered: 09/19/2019) |
| 10/01/2019 | | 32 | Status report − *Joint Status Report; proof of service* Filed by Trustee Brad D Krasnoff (TR) (RE: related document(s)1 Complaint). (de Leest, Aaron) (Entered: 10/01/2019) |
| 10/21/2019 | | 33 | Hearing Continued (RE: related document(s)1 Complaint filed by Plaintiff Lite Solar Corp.); RULING − STATUS REPORT BY 12/31/19; Status hearing to be held on 1/14/2020 at 02:00 PM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jackson, Wendy Ann) (Entered: 10/21/2019) |
| 11/22/2019 | | 34 | Notice of Change of Address *or Law Firm*. (de Leest, Aaron) (Entered: 11/22/2019) |

| Date | | Doc # | Description |
|---|---|---|---|
| 11/22/2019 | | 35 | Notice of Change of Address *(Firm Name and Email Address)*. (Israel, Eric) (Entered: 11/22/2019) |
| 12/31/2019 | | 36 | Status report , *Joint* Filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp. (RE: related document(s) 33 Hearing (Adv Other) Continued). (Stadtler, Joshua) (Entered: 12/31/2019) |
| 01/02/2020 | | 37 | Notice to Filer of Error and/or Deficient Document **Document filed without holographic signature of Joseph Field; THE FILER IS INSTRUCTED TO RE−FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)36 Status report filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp.) (Jackson, Wendy Ann) (Entered: 01/02/2020) |
| 01/07/2020 | | 38 | Status report *[Joint],* Filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp. (RE: related document(s)36 Status report, 37 Notice to Filer of Error and/or Deficient Document). (Stadtler, Joshua) (Entered: 01/07/2020) |
| 01/16/2020 | | 39 | Hearing Held (Bk Other) (RE: related document(s) 1 Complaint); RULING − S/C CONT'D. TO 5/19/20 @ 2PM; STATUS REPORT BY 5/5/20; COMPLETE ONE DAY OF MEDIATION BY 5/20/20; LODGE ORDER APPOINTING MEDIATOR BY 1/31/20; PLAINTIFF TO LODGE SCHEDULING ORDER; (Jackson, Wendy Ann) (Entered: 01/16/2020) |
| 01/24/2020 | | 40 | Scheduling Order (BNC−PDF); ORDERED that the Status Conference is continued to MAY 19, 2020 @ 2PM; Status report by 5/5/20; complete mediation by next status conference; lodge order appointing mediator by 1/31/20; SEE ORDER FOR FURTHER DETAILS;Signed on 1/24/2020. (Jackson, Wendy Ann) (Entered: 01/24/2020) |
| 01/26/2020 | | 41 | BNC Certificate of Notice − PDF Document. (RE: related document(s)40 Scheduling Order (BNC−PDF)) No. of Notices: 5. Notice Date 01/26/2020. (Admin.) (Entered: 01/26/2020) |
| 01/31/2020 | | 42 | Stipulation By Brad D Krasnoff (TR), Lite Solar Corp. and *Defendants Heather Schiffke, Brian Arbizzani, Adam Ward, and Steve Sefchick.* Filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp. (Stadtler, Joshua) (Entered: 01/31/2020) |
| 02/03/2020 | | 43 | Notice of lodgment *of Amended Status Conference and Scheduling Order* Filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp. (RE: related document(s)42 Stipulation By Brad D Krasnoff (TR), Lite Solar Corp. and *Defendants Heather Schiffke, Brian Arbizzani, Adam Ward, and Steve Sefchick.* Filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp. filed by Trustee Brad D Krasnoff (TR), Plaintiff Lite Solar Corp.). (Attachments: # 1 Proposed Order [Amended Status Conference and Scheduling])(Stadtler, Joshua) (Entered: 02/03/2020) |
| 02/04/2020 | | 44 | Amended Scheduling Order; ORDERED that the Status conference is set for; AUGUST 25, 2020 @2PM; Status report by 8/11/20; Mediation by the next status conference; (BNC−PDF) Signed on 2/4/2020. (Jackson, Wendy Ann) (Entered: 02/04/2020) |
| 02/06/2020 | | 45 | BNC Certificate of Notice − PDF Document. (RE: related document(s)44 Scheduling Order (BNC−PDF)) No. of Notices: 5. Notice Date 02/06/2020. (Admin.) (Entered: 02/06/2020) |

| 03/10/2020 | | 46 | Motion to Change Venue/Inter−district Transfer Adversary −*[Notice Of Motion And Defendants Motion To Transfer Venue; Memorandum Of Points And Authorities (POS Attached)]*− Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (Neale, David) (Entered: 03/10/2020) |
|---|---|---|---|
| 03/10/2020 | | 47 | Declaration re: −*[Declaration Of Joseph A. Field In Support Of Defendants Motion To Change Venue (POS Attached)]*− Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (RE: related document(s)46 Motion to Change Venue/Inter−district Transfer Adversary −*[Notice Of Motion And Defendants Motion To Transfer Venue; Memorandum Of Points And Authorities (POS Attached)]*−). (Neale, David) (Entered: 03/10/2020) |
| 03/10/2020 | | 48 | Hearing Set (RE: related document(s)46 Motion to Change Venue/Inter−district Transfer − Adversary filed by Defendant Heather Schiffke, Defendant Brian Arbizzani, Defendant Adam Ward, Defendant Steve Sefchick) The Hearing date is set for 3/31/2020 at 02:00 PM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jackson, Wendy Ann) (Entered: 03/10/2020) |
| 03/17/2020 | | 49 | Stipulation By Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward and *Lite Solar Corp* −*[Stipulation On Change Of Venue Of Adversary Proceeding To The District Of Oregon (POS Attached)]*− Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (Neale, David) (Entered: 03/17/2020) |
| 03/17/2020 | | 50 | Notice of lodgment Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward (RE: related document(s)49 Stipulation By Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward and *Lite Solar Corp* −*[Stipulation On Change Of Venue Of Adversary Proceeding To The District Of Oregon (POS Attached)]*− Filed by Defendants Brian Arbizzani, Heather Schiffke, Steve Sefchick, Adam Ward filed by Defendant Heather Schiffke, Defendant Brian Arbizzani, Defendant Adam Ward, Defendant Steve Sefchick). (Neale, David) (Entered: 03/17/2020) |
| 03/18/2020 | | 51 | Order Granting Motion To Change Venue/Inter−district Transfer − Adversary by Stipulation to the District of Oregon; (BNC−PDF) (Related Doc # 46) Signed on 3/18/2020. (Jackson, Wendy Ann) (Entered: 03/18/2020) |